BEFORE THE FIRST DIVISION, FEBRUARY 19, 1952

**No. 56397.**—Anco Import Co. et al. *v.* United States, protests 173489–K, etc. (New York).

Opinion by OLIVER, C. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 56398.**—The American Import Co. et al. *v.* United States, protests 509771–G, etc. (San Francisco).

Opinion by MOLLISON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 56399.**—Emil Buschhoff & Co., Inc., et al. *v.* United States, protests 135783–K, etc. (New York).

Opinion by MOLLISON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 56400.**—Sig Dawer Import Corp. et al. *v.* United States, protests 164755–K, etc. (New York).

Opinion by MOLLISON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE SECOND DIVISION, FEBRUARY 19, 1952

**No. 56401.**—C. S. Allen Corp. *v.* United States, protests 133485–K, etc. (New York).

Opinion by FORD, J. At the trial it was stipulated that the involved merchandise is the same in all material respects as that the subject of *C. S. Allen Corp.* v. *United States* (38 C. C. P. A. 48, C. A. D. 438). In accordance with stipulation and following the cited decision the items of merchandise in question were held dutiable at 5 cents per pound and 15 percent ad valorem under paragraph 1405 as papers wholly or partly covered with metal or its solutions.

**No. 56402.**—J. M. McDonald Import Co. et al. *v.* United States, protests 22038–K, etc. (San Francisco).

Opinion by FORD, J. The protests were dismissed.